RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for IVAN ODIAGA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>IVAN ODIAGA,<br><br>    Defendant. | Case No: 2:26-cr-00019-JAD-EJY<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that Assistant Federal Public Defender, ALLIE WILSON will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

> Federal Public Defender, District of Nevada
> 200 S. Virginia Street, Suite 340
> Reno, Nevada 89501

DATED February 10, 2026.

RENE L. VALLADARES
Federal Public Defender

By:  /s/ Allie Wilson
ALLIE WILSON
Assistant Federal Public Defender
