RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for IVAN ODIAGA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-cr-00019-JAD-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |
| v. | |
| IVAN ODIAGA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and ALLIE WILSON, Assistant Federal Public Defender, counsel for IVAN ODIAGA and TODD BLANCHE, Acting Attorney General, and STUART A. WEXLER, Trial Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for June 8, 2026, at 2:00 PM, be vacated and continued to August 5, 2026, at 11:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1.    The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2.    Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3.    Mr. Odiaga is not detained and consents to the continuance. Specifically, Mr. Odiaga was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4.    This is the first request for continuance of the sentencing hearing.

DATED this 3rd day of March, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General

By */s/ Allie Wilson*
ALLIE WILSON
Assistant Federal Public Defender
Counsel for WILLIAM ODIAGA

By */s Stuart A. Wexler*
STUART A. WEXLER
Trial Attorney
Counsel for the Government

2

# **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for June 8, 2026, at 2:00 PM, be vacated and continued to **August 5, 2026, at 11:00 AM.**

DATED this 13th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE