RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for IVAN ODIAGA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

IVAN ODIAGA,

Defendant.

**Case No. 2:26-cr-00019-JAD-EJY**

**Unopposed Motion to Continue Sentencing Hearing**

Ivan Odiaga, by and through counsel, Assistant Federal Public Defender Allie Wilson, hereby moves to continue his August 5, 2026 sentencing hearing. The government does not oppose this motion. The parties have conferred with the Court's staff regarding scheduling, and all parties have confirmed that they are available any time on October 20 or October 21 for a continued sentencing hearing.

The most important piece of mitigation at Mr. Odiaga's sentencing relates to his desire to provide for and protect his three children. This desire motivated his conduct in the instant offense. The children are currently in the custody of their mother in Illinois. However, in 2025,

while in Mr. Odiaga's care in Las Vegas, two of his children raised allegations of abuse against their mother and maternal uncle. Mr. Odiaga reported the allegations to the Las Vegas Department of Child and Family Services ("DCFS"). An investigation followed; however, the allegations were unsubstantiated, and the children were allowed to return to the care of the mother, who returned with them to Illinois. Mr. Odiaga has since made other observations that have led him to believe that his children were telling the truth and that they continue to be abused while in the care of their mother. He is in the process of addressing the possibility of ongoing abuse through legal outlets available in Illinois.

Mr. Odiaga hopes to offer documents and photos that substantiate his concerns at his sentencing because the sentence imposed will determine for how long he will be unable to keep an eye on the wellbeing of his children and look out for any potential abuse. He submitted a request for records to DCFS for the investigative file from the 2025 investigation.[1] However, DCFS reports it is inundated with records request and has limited staff to respond to requests. The request has been pending since April 2026. DCFS states that records requests are currently taking at least 3-4 months to fulfill. Hence, this record request may not be fulfilled until the end of August, if not later.

Mr. Odiaga, therefore, seeks a continuance until October 20 or 21 so that he will be in a better position to show to the Court the basis for his concerns and so that the Court may adequately consider the issue when determining Mr. Odiaga's sentence. By that date, he will

[1] The NRS imposes strict privacy rules related to DCFS files concerning minors. Mr. Odiaga, as the father of the children, falls into one of the exceptions. NRS §§ 432B.280, 432B.290.

have been able to take further legal action in Illinois to try to ensure his children are properly cared for while he serves any sentence imposed, and he will have received records documenting possible past abuse.

The parties have conferred, and the government does not oppose the request.

Respectfully submitted July 13, 2026.

RENE L. VALLADARES
Federal Public Defender

By *_/s/ Allie Wilson_*
ALLIE WILSON
Assistant Federal Public Defender
Counsel for IVAN ODIAGA

**ORDER**

Based on Defendant's unopposed motion to continue, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for August 5, 2026, at 11:00 AM, be vacated and continued to October 20, 2026 at 10:00 A.M.

DATED this 17th day of July 2026.



UNITED STATES DISTRICT JUDGE