AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.
Ivan Odiaga
*Defendant*

Case No. 2:26-cr-00019-JAD-EJY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | | |
|---|---|---|---|
| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
| | | Date and Time: | September 29, 2026, at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 28, 2026

*Judge's signature*

Nancy J. Koppe, United States Magistrate Judge
*Printed name and title*

X FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 28, 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY